UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR PIMENTEL,<br><br>    Plaintiff,<br><br>v.<br><br>HANFORD POLICE OFFICERS ALFRED RIVERA and MARK CARRILLO,<br><br>    Defendants. | No. 1:19-cv-01088-AWI-SKO<br><br>ORDER RE: DISMISSING PLAINTIFF'S DUE PROCESS CLAIM AGAINST ALL DEFENDANTS<br><br>(Doc. 5) |

On August 9, 2019, Plaintiff Cesar Pimentel, proceeding *pro se*, filed a civil rights complaint against Defendants Hanford Police Officers Alfred Rivera and Mark Carrillo ("Officer Carrillo") alleging a failure to provide medical assistance claim and a violation of due process under 42 U.S.C. § 1983. (Doc 1.) Plaintiff's Complaint was screened pursuant to 28 U.S.C. § 1915(e)(2), and he was given the choice to file a first amended complaint or to proceed on his failure to provide medical assistance claim and dismiss his due process claim. (Doc. 4.)

On September 27, 2019, Plaintiff notified the Court that he does not intend to file an amended complaint and wishes to proceed only on his failure to provide medical assistance claim. (Doc. 5.) Because Plaintiff does not intend to pursue his due process claim against Defendants, the Court construes his notice as a voluntary dismissal of his due process claim against all Defendants

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment, he has voluntarily DISMISSED his due process claim pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This case shall remain OPEN pending resolution of Plaintiff's remaining claim against Defendants.

IT IS SO ORDERED.

Dated: **October 2, 2019**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE